**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Bety Javidzad, Esq. (*pro hac vice* forthcoming)
bety.javidzad@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 213-623-9300
Fax: 213-623-9924
*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br><br><br>**NOTICE TO PLAINTIFFS REGARDING FILING OF NOTICE OF REMOVAL OF DEFENDANT**<br><br>Removed from the Superior Court of New Jersey, Morris County, Law Division |

To:      Rajiv D. Parikh, Esq.
           rparikh@genovaburns.com
           Kathleen Barnett Einhorn
           keinhorn@genovaburns.com
           Genova Burns LLC

494 Broad Street
Newark, New Jersey 07102

John A. Yanchunis
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

**PLEASE TAKE NOTICE** that Defendant Commercial Real Estate Exchange, Inc. d/b/a CREXI hereby certifies that, on March 21, 2024, it provided notice via U.S. Mail and e-mail to Plaintiff, through counsel, of the removal of this action from the Superior Court of New Jersey, Morris County, Law Division, to this Court, and that all pleadings regarding the removal were served upon Plaintiff, through counsel, via U.S. Mail and e-mail.

    Respectfully submitted,

    DENTONS US LLP

    By: */s/ Stephen M. Turner*
    Stephen M. Turner, Esq.
    stephen.turner@dentons.com

    *Attorneys for Defendant*
    *Commercial Real Estate Exchange, Inc.*

Dated:   Short Hills, New Jersey
         March 21, 2024