**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Bety Javidzad, Esq. (*pro hac vice* forthcoming)
bety.javidzad@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 213-623-9300
Fax: 213-623-9924
*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT COMMERCIAL REAL ESTATE EXCHANGE, INC.** |

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Commercial Real Estate Exchange, Inc. d/b/a CREXI ("CREXI"), by and through its attorneys, Dentons US LLP, hereby states that CREXI does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

DENTONS US LLP

By: */s/ Stephen M. Turner*
Stephen M. Turner, Esq.
stephen.turner@dentons.com

*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

Dated:   Short Hills, New Jersey
         March 21, 2024