**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Bety Javidzad, Esq. (*pro hac vice* forthcoming)
bety.javidzad@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 213-623-9300
Fax: 213-623-9924
*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.<br><br><br><br>**CERTIFICATION OF SERVICE**<br><br><br>Removed from the Superior Court of New Jersey, Morris County, Law Division |

I, Stephen M. Turner, of full age, hereby certify as follows:

1

1. I am an attorney at law in the State of New Jersey and an Associate with Dentons US LLP.

2. On March 21, 2024, I caused to be delivered via U.S. Mail and E-mail a copy of Defendant Commercial Real Estate Exchange, Inc. d/b/a CREXI's Notice of Removal, together with copies of a Civil Cover Sheet, Corporate Disclosure Statement, Notice of Filing of Notice of Removal, with exhibits, to counsel for Plaintiffs, at the following address:

> Rajiv D. Parikh, Esq.
> rparikh@genovaburns.com
> Kathleen Barnett Einhorn
> keinhorn@genovaburns.com
> Genova Burns LLC
> 494 Broad Street
> Newark, New Jersey 07102
>
> John A. Yanchunis
> jyanchunis@forthepeople.com
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false I am subject to punishment.

Respectfully submitted,

DENTONS US LLP

By: */s/ Stephen M. Turner*
Stephen M. Turner, Esq.
stephen.turner@dentons.com

*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

Dated:   Short Hills, New Jersey
         March 21, 2024