**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Bety Javidzad, Esq. (*pro hac vice* pending)
bety.javidzad@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 213-623-9300
Fax: 213-623-9924
*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CIVIL ACTION NO. 2:24-cv-04073<br><br><br><br><br><br>**NOTICE OF MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF BETY JAVIDZAD** |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 101.1(c) of the United States

District Court for the District of New Jersey, Defendant Commercial Real Estate Exchange, Inc., d/b/a CREXI ("CREXI"), by and through their undersigned counsel, will move at such time as is designated by the Court, before the Honorable Michael A. Hammer, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to the Local Rules of the United States District Court of the District of New Jersey, for an Order admitting Bety Javidzad of Dentons US LLP, *pro hac vice* in the above-captioned matter as counsel for Defendant.

PLEASE TAKE FURTHER NOTICE that in support of this Application, CREXI shall rely upon the accompanying Certification of Stephen M. Turner, a member of the Court and a senior managing associate with Dentons US LLP and the Certification of Bety Javidzad submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated: March 29, 2024

                                          DENTONS US LLP

                                          By: /s/ *Stephen M. Turner*
                                          Stephen M. Turner