**DENTONS US LLP**
Stephen M. Turner, Esq.
stephen.turner@dentons.com
101 JFK Parkway, 4th Floor
Short Hills, New Jersey 07078
Tel: 973-912-7100
Fax: 973-912-7199

[and]

**DENTONS US LLP**
Bety Javidzad, Esq. (*pro hac vice* pending)
bety.javidzad@dentons.com
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Tel: 213-623-9300
Fax: 213-623-9924
*Attorneys for Defendant*
*Commercial Real Estate Exchange, Inc.*

|  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, SCOTT MALONEY, JUSTYNA MALONEY, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CIVIL ACTION NO. 2:24-cv-04073-HB<br><br><br><br>**[PROPOSED] CONSENT ORDER EXTENDING COMMERCIAL REAL ESTATE EXCHANGE, INC.'S TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL RULE 6.1(b)** |

This matter being opened to the Court by Dentons US LLP, attorneys for Defendant Commercial Real Estate Exchange, Inc. ("CREXI"), and PEM Law LLC, attorneys for Plaintiffs, for an Order, pursuant to Local Rule 6.1(b), extending CREXI's time to answer, move or otherwise reply to the Complaint filed by Plaintiffs; and the parties having consented to the form and entry of the within Order; and good cause appearing; it is on this ____ day of April, 2024, ORDERED as follows:

1. CREXI removed this action to the District of New Jersey on March 21, 2024;

2. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the time for CREXI to answer, move or otherwise reply would have expired on March 28, 2024;

3. CREXI sought and received a Clerk's Extension of 14 days to answer, move or otherwise reply to Plaintiffs' Complaint through April 11, 2024;

4. The Parties consent to and the Court now extends CREXI's time to file a responsive pleading to Plaintiffs' Complaint through May 13, 2024, subject to such other and further extension as the Court may order.

SO ORDERED

_____
Hon. Harvey Bartle III, U.S.D.J.

We hereby consent to the form and entry of the within Consent Order:

| PEM LAW LLP | DENTONS US LLP |
|---|---|
| By: *Rajiv D. Parikh* | By: *Stephen M. Turner* |
| Rajiv D. Parikh, Esq. | Stephen M. Turner, Esq. |
| *Attorneys for Plaintiffs* | *Attorney for Defendant CREXI* |