# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO:** CR #24-4073

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
COMMERCIAL REAL ESTATE EXCHANGE, INC., ET AL.

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                      s/David Bruey
                                        Deputy Clerk

Time Commenced:   3:32 PM          Time Adjourned:   3:34 PM