

| | Stephen M. Turner | Dentons US LLP |
|---|---|---|
| | stephen.turner@dentons.com | 101 JFK Parkway |
| | D  +1 973-912-7146 | Short Hills, NJ  07078-2708 |
| | | United States |
| | | dentons.com |

John L. Cleary, II
Resident Managing Partner

June 10, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

>  **Re:**   *Atlas Data Privacy Corp., et al v. Commercial Real Estate Exchange, Inc. et al.* – No. 1:24-cv-4073 – HB
>  **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Commercial Real Estate Exchange, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-04105 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Stephen M. Turner*
Stephen M. Turner

cc:  All counsel of record (*via* ECF)