## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                                          Plaintiff,

v.                                             Case No.: 1:24–cv–04073–HB

                                            Judge Harvey Bartle (EDPA), III

COMMERCIAL REAL ESTATE EXCHANGE, INC., et al.

                                          Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963–0910

State No: MRS–L–271–2

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                  Very truly yours,

                                                  CLERK OF COURT
                                                 By Deputy Clerk, db

encl.
cc: All Counsel